[No. 7579-6-III.   Division Three.   February 26, 1987.]

THE STATE OF WASHINGTON, *Respondent,* v. FRANCESCA OFELIA GONZALEZ, *Appellant.*

Appeal from a judgment of the Superior Court for Benton County, No. 85-1-00256-7, Fred R. Staples, J., entered January 10, 1986. *Affirmed* by unpublished opinion per

Munson, J., concurred in by Thompson, A.C.J., and Green, J.